**DEPARTMENT OF THE TREASURY**  **INTERNAL REVENUE SERVICE**

Date:
02-16-2023
Person to Contact:
K. CONRAD
Telephone Number:
(213) 372-4294
FAX Number:
(866)575-5069
Employee Identification Number:
1000235123
Refer Reply to:
K. Conrad

Peter Yoon
REDACTED L.R. 5.2-1
Valencia, CA  91381

**CERTIFIED MAIL**

Dear Applicant:

We have considered your request for a refund of **$100.00** and abatement of **$11,661.17** assessed against you for the tax periods ended **03/31/2019**. We assessed this amount under Internal Revenue Code (IRC) section 6672 because **FRESNO OWL INC.** did not pay the Federal Employment taxes due for the tax period shown above. This is your legal notice that your claim for refund and abatement is disallowed.

If you do not accept our conclusion, you may request reconsideration with the Internal Revenue Service's local office of Appeals. You should make the request for an Appeals conference within 30 days of the date of this letter. A request for an Appeals conference should describe the reasons you do not agree with our determination and should contain identifying information regarding the tax liability you wish to appeal. You should provide a statement containing your view of the facts. Please mail your request for an Appeals conference to:

> Internal Revenue Service
> Attn: K. Conrad, CEASO Advisor
> 300 N. Los Angeles St.
> MS 5021
> Los Angeles, CA  90012

If you wish to bring suit or proceedings for recovery of any tax, penalties, and other moneys that were paid and for which this notice of disallowance is issued, you may do so by filing suit with either the United States District Court having jurisdiction or the United States Court of Federal Claims. The law permits you to do so within two years of the mailing date of this letter. You are not required to go to Appeals prior to filing suit. Please note that Appeals review of a disallowed claim does not extend the two-year period for filing suit; however, it may be extended by mutual agreement.

**EXHIBIT A**
**PETER YOON V. UNITED STATES**

Letter 3784 (Rev 11-2006)
Catalog Number 37173M

DEPARTMENT OF THE TREASURY                    INTERNAL REVENUE SERVICE

Date:
02-16-2023
Person to Contact:
K. CONRAD
Telephone Number:
(213) 372-4294
FAX Number:
(866)575-5069
Employee Identification Number:
1000235123
Refer Reply to:
K. Conrad

Peter Yoon
REDACTED L.R. 5.2-1
Valencia, CA 91381

**CERTIFIED MAIL**

Dear Applicant:

We have considered your request for a refund of **$ 100.00** and abatement of **$55,583.74** assessed against you for the tax periods ended **12/31/2016**. We assessed this amount under Internal Revenue Code (IRC) section 6672 because **FRESNO OWL INC.** did not pay the Federal Employment taxes due for the tax period shown above. This is your legal notice that your claim for refund and abatement is disallowed.

If you do not accept our conclusion, you may request reconsideration with the Internal Revenue Service's local office of Appeals. You should make the request for an Appeals conference within 30 days of the date of this letter. A request for an Appeals conference should describe the reasons you do not agree with our determination and should contain identifying information regarding the tax liability you wish to appeal. You should provide a statement containing your view of the facts. Please mail your request for an Appeals conference to:

> Internal Revenue Service
> Attn: K. Conrad, CEASO Advisor
> 300 N. Los Angeles St.
> MS 5021
> Los Angeles, CA 90012

If you wish to bring suit or proceedings for recovery of any tax, penalties, and other moneys that were paid and for which this notice of disallowance is issued, you may do so by filing suit with either the United States District Court having jurisdiction or the United States Court of Federal Claims. The law permits you to do so within two years of the mailing date of this letter. You are not required to go to Appeals prior to filing suit. Please note that Appeals review of a disallowed claim does not extend the two-year period for filing suit; however, it may be extended by mutual agreement.

**Letter 3784 (Rev 11-2006)**
Catalog Number 37173M

| DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE |
|---|---|

Date:
02-16-2023
Person to Contact:
K. CONRAD
Telephone Number:
(213) 372-4294
FAX Number:
(866)575-5069
Employee Identification Number:
1000235123
Refer Reply to:
K. Conrad

Peter Yoon
REDACTED L.R. 5.2-1
Valencia, CA  91381

**CERTIFIED MAIL**

Dear Applicant:

We have considered your request for a refund of $ 100.00 and abatement of **$19,865.65** assessed against you for the tax periods ended **06/30/2017**. We assessed this amount under Internal Revenue Code (IRC) section 6672 because **FRESNO OWL INC.** did not pay the Federal Employment taxes due for the tax period shown above. This is your legal notice that your claim for refund and abatement is disallowed.

If you do not accept our conclusion, you may request reconsideration with the Internal Revenue Service's local office of Appeals. You should make the request for an Appeals conference within 30 days of the date of this letter. A request for an Appeals conference should describe the reasons you do not agree with our determination and should contain identifying information regarding the tax liability you wish to appeal. You should provide a statement containing your view of the facts. Please mail your request for an Appeals conference to:

Internal Revenue Service
Attn: K. Conrad, CEASO Advisor
300 N. Los Angeles St.
MS 5021
Los Angeles, CA  90012

If you wish to bring suit or proceedings for recovery of any tax, penalties, and other moneys that were paid and for which this notice of disallowance is issued, you may do so by filing suit with either the United States District Court having jurisdiction or the United States Court of Federal Claims. The law permits you to do so within two years of the mailing date of this letter. You are not required to go to Appeals prior to filing suit. Please note that Appeals review of a disallowed claim does not extend the two-year period for filing suit; however, it may be extended by mutual agreement.

**Letter 3784 (Rev 11-2006)**
Catalog Number 37173M

DEPARTMENT OF THE TREASURY					INTERNAL REVENUE SERVICE

Date:
02-16-2023
Person to Contact:
K. CONRAD
Telephone Number:
(213) 372-4294
FAX Number:
(866)575-5069
Employee Identification Number:
1000235123
Refer Reply to:
K. Conrad

Peter Yoon
REDACTED L.R. 5.2-1
Valencia, CA  91381

**CERTIFIED MAIL**

Dear Applicant:

We have considered your request for a refund of **$ 100.00** and abatement of **$19,759.29** assessed against you for the tax periods ended **09/30/2017**. We assessed this amount under Internal Revenue Code (IRC) section 6672 because **FRESNO OWL INC.** did not pay the Federal Employment taxes due for the tax period shown above. This is your legal notice that your claim for refund and abatement is disallowed.

If you do not accept our conclusion, you may request reconsideration with the Internal Revenue Service's local office of Appeals. You should make the request for an Appeals conference within 30 days of the date of this letter. A request for an Appeals conference should describe the reasons you do not agree with our determination and should contain identifying information regarding the tax liability you wish to appeal. You should provide a statement containing your view of the facts. Please mail your request for an Appeals conference to:

Internal Revenue Service
Attn: K. Conrad, CEASO Advisor
300 N. Los Angeles St.
MS 5021
Los Angeles, CA  90012

If you wish to bring suit or proceedings for recovery of any tax, penalties, and other moneys that were paid and for which this notice of disallowance is issued, you may do so by filing suit with either the United States District Court having jurisdiction or the United States Court of Federal Claims. The law permits you to do so within two years of the mailing date of this letter. You are not required to go to Appeals prior to filing suit. Please note that Appeals review of a disallowed claim does not extend the two-year period for filing suit; however, it may be extended by mutual agreement.

Letter 3784 (Rev 11-2006)
Catalog Number 37173M

DEPARTMENT OF THE TREASURY                    INTERNAL REVENUE SERVICE

                                              Date:
                                              02-16-2023
                                              Person to Contact:
                                              K. CONRAD
Peter Yoon                                    Telephone Number:
REDACTED L.R. 5.2-1                           (213) 372-4294
Valencia, CA  91381                           FAX Number:
                                              (866)575-5069
                                              Employee Identification Number:
                                              1000235123
                                              Refer Reply to:
                                              K. Conrad

**CERTIFIED MAIL**

Dear Applicant:

We have considered your request for a refund of **$ 100.00** and abatement of **$27,582.34** assessed against you for the tax periods ended **12/31/2017**. We assessed this amount under Internal Revenue Code (IRC) section 6672 because **FRESNO OWL INC.** did not pay the Federal Employment taxes due for the tax period shown above. This is your legal notice that your claim for refund and abatement is disallowed.

If you do not accept our conclusion, you may request reconsideration with the Internal Revenue Service's local office of Appeals. You should make the request for an Appeals conference within 30 days of the date of this letter. A request for an Appeals conference should describe the reasons you do not agree with our determination and should contain identifying information regarding the tax liability you wish to appeal. You should provide a statement containing your view of the facts. Please mail your request for an Appeals conference to:

> Internal Revenue Service
> Attn: K. Conrad, CEASO Advisor
> 300 N. Los Angeles St.
> MS 5021
> Los Angeles, CA  90012

If you wish to bring suit or proceedings for recovery of any tax, penalties, and other moneys that were paid and for which this notice of disallowance is issued, you may do so by filing suit with either the United States District Court having jurisdiction or the United States Court of Federal Claims. The law permits you to do so within two years of the mailing date of this letter. You are not required to go to Appeals prior to filing suit. Please note that Appeals review of a disallowed claim does not extend the two-year period for filing suit; however, it may be extended by mutual agreement.

                                              Letter 3784 (Rev 11-2006)
                                              Catalog Number 37173M

DEPARTMENT OF THE TREASURY                    INTERNAL REVENUE SERVICE

Date:
02-16-2023
Person to Contact:
K. CONRAD
Telephone Number:
(213) 372-4294
FAX Number:
(866)575-5069
Employee Identification Number:
1000235123
Refer Reply to:
K. Conrad

Peter Yoon
REDACTED L.R. 5.2-1
Valencia, CA  91381

**CERTIFIED MAIL**

Dear Applicant:

We have considered your request for a refund of **$100.00** and abatement of **$6,142.97** assessed against you for the tax periods ended **03/31/2018**. We assessed this amount under Internal Revenue Code (IRC) section 6672 because **FRESNO OWL INC.** did not pay the Federal Employment taxes due for the tax period shown above. This is your legal notice that your claim for refund and abatement is disallowed.

If you do not accept our conclusion, you may request reconsideration with the Internal Revenue Service's local office of Appeals. You should make the request for an Appeals conference within 30 days of the date of this letter. A request for an Appeals conference should describe the reasons you do not agree with our determination and should contain identifying information regarding the tax liability you wish to appeal. You should provide a statement containing your view of the facts. Please mail your request for an Appeals conference to:

Internal Revenue Service
Attn: K. Conrad, CEASO Advisor
300 N. Los Angeles St.
MS 5021
Los Angeles, CA  90012

If you wish to bring suit or proceedings for recovery of any tax, penalties, and other moneys that were paid and for which this notice of disallowance is issued, you may do so by filing suit with either the United States District Court having jurisdiction or the United States Court of Federal Claims. The law permits you to do so within two years of the mailing date of this letter. You are not required to go to Appeals prior to filing suit. Please note that Appeals review of a disallowed claim does not extend the two-year period for filing suit; however, it may be extended by mutual agreement.

Letter 3784 (Rev 11-2006)
Catalog Number 37173M

DEPARTMENT OF THE TREASURY                    INTERNAL REVENUE SERVICE

Date:
02-16-2023
Person to Contact:
K. CONRAD
Telephone Number:
(213) 372-4294
FAX Number:
(866)575-5069
Employee Identification Number:
1000235123
Refer Reply to:
K. Conrad

Peter Yoon
REDACTED L.R. 5.2-1
Valencia, CA  91381

**CERTIFIED MAIL**

Dear Applicant:

We have considered your request for a refund of **$100.00** and abatement of **$6,168.02** assessed against you for the tax periods ended **06/30/2018**. We assessed this amount under Internal Revenue Code (IRC) section 6672 because **FRESNO OWL INC.** did not pay the Federal Employment taxes due for the tax period shown above. This is your legal notice that your claim for refund and abatement is disallowed.

If you do not accept our conclusion, you may request reconsideration with the Internal Revenue Service's local office of Appeals. You should make the request for an Appeals conference within 30 days of the date of this letter. A request for an Appeals conference should describe the reasons you do not agree with our determination and should contain identifying information regarding the tax liability you wish to appeal. You should provide a statement containing your view of the facts. Please mail your request for an Appeals conference to:

Internal Revenue Service
Attn: K. Conrad, CEASO Advisor
300 N. Los Angeles St.
MS 5021
Los Angeles, CA  90012

If you wish to bring suit or proceedings for recovery of any tax, penalties, and other moneys that were paid and for which this notice of disallowance is issued, you may do so by filing suit with either the United States District Court having jurisdiction or the United States Court of Federal Claims. The law permits you to do so within two years of the mailing date of this letter. You are not required to go to Appeals prior to filing suit. Please note that Appeals review of a disallowed claim does not extend the two-year period for filing suit; however, it may be extended by mutual agreement.

**Letter 3784 (Rev 11-2006)**
Catalog Number 37173M

DEPARTMENT OF THE TREASURY                INTERNAL REVENUE SERVICE

Date:
02-16-2023
Person to Contact:
K. CONRAD
Telephone Number:
(213) 372-4294
FAX Number:
(866)575-5069
Employee Identification Number:
1000235123
Refer Reply to:
K. Conrad

Peter Yoon
REDACTED L.R. 5.2-1
Valencia, CA  91381

**CERTIFIED MAIL**

Dear Applicant:

We have considered your request for a refund of **$100.00** and abatement of **$7,233.98** assessed against you for the tax periods ended **09/30/2018**. We assessed this amount under Internal Revenue Code (IRC) section 6672 because **FRESNO OWL INC.** did not pay the Federal Employment taxes due for the tax period shown above. This is your legal notice that your claim for refund and abatement is disallowed.

If you do not accept our conclusion, you may request reconsideration with the Internal Revenue Service's local office of Appeals. You should make the request for an Appeals conference within 30 days of the date of this letter. A request for an Appeals conference should describe the reasons you do not agree with our determination and should contain identifying information regarding the tax liability you wish to appeal. You should provide a statement containing your view of the facts. Please mail your request for an Appeals conference to:

> Internal Revenue Service
> Attn: K. Conrad, CEASO Advisor
> 300 N. Los Angeles St.
> MS 5021
> Los Angeles, CA  90012

If you wish to bring suit or proceedings for recovery of any tax, penalties, and other moneys that were paid and for which this notice of disallowance is issued, you may do so by filing suit with either the United States District Court having jurisdiction or the United States Court of Federal Claims. The law permits you to do so within two years of the mailing date of this letter. You are not required to go to Appeals prior to filing suit. Please note that Appeals review of a disallowed claim does not extend the two-year period for filing suit; however, it may be extended by mutual agreement.

Letter 3784 (Rev 11-2006)
Catalog Number 37173M

DEPARTMENT OF THE TREASURY                                    INTERNAL REVENUE SERVICE

Date:
02-16-2023
Person to Contact:
K. CONRAD
Telephone Number:
(213) 372-4294
FAX Number:
(866)575-5069
Employee Identification Number:
1000235123
Refer Reply to:
K. Conrad

Peter Yoon
REDACTED L.R. 5.2-1
Valencia, CA  91381

**CERTIFIED MAIL**

Dear Applicant:

We have considered your request for a refund of **$100.00** and abatement of **$19,693.34** assessed against you for the tax periods ended **12/31/2018**. We assessed this amount under Internal Revenue Code (IRC) section 6672 because **FRESNO OWL INC.** did not pay the Federal Employment taxes due for the tax period shown above. This is your legal notice that your claim for refund and abatement is disallowed.

If you do not accept our conclusion, you may request reconsideration with the Internal Revenue Service's local office of Appeals. You should make the request for an Appeals conference within 30 days of the date of this letter. A request for an Appeals conference should describe the reasons you do not agree with our determination and should contain identifying information regarding the tax liability you wish to appeal. You should provide a statement containing your view of the facts. Please mail your request for an Appeals conference to:

    Internal Revenue Service
    Attn: K. Conrad, CEASO Advisor
    300 N. Los Angeles St.
    MS 5021
    Los Angeles, CA  90012

If you wish to bring suit or proceedings for recovery of any tax, penalties, and other moneys that were paid and for which this notice of disallowance is issued, you may do so by filing suit with either the United States District Court having jurisdiction or the United States Court of Federal Claims. The law permits you to do so within two years of the mailing date of this letter. You are not required to go to Appeals prior to filing suit. Please note that Appeals review of a disallowed claim does not extend the two-year period for filing suit; however, it may be extended by mutual agreement.

Letter 3784 (Rev 11-2006)
Catalog Number 37173M