Tuesday, April 11, 2023, 1:33 pm

```
REQUESTOR: 2797-6614
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: PETER YOON & KYUNG SIL KIM                              TIN: REDACTED L.R. 5.2-1

          REMARKS: split ck#1202 $1,000.00 for 843 claims

---

ACTION DATE: 03/21/2022                         CREATE ID: 27976614

Systemic History: MODULE(S) UPDATED - ICS

REMITTANCE SECURED:   55/201803   TC 670   3/18/2022   $100.00   DPC: 02
          REMARKS: split ck#1202 $1,000.00 for 843 claims

---

ACTION DATE: 03/21/2022                         CREATE ID: 27976614

Systemic History: MODULE(S) UPDATED - ICS

REMITTANCE SECURED:   55/201806   TC 670   3/18/2022   $100.00   DPC: 02
          REMARKS: split ck#1202 $1,000.00 for 843 claims

---

ACTION DATE: 03/21/2022                         CREATE ID: 27976614

Systemic History: MODULE(S) UPDATED - ICS

REMITTANCE SECURED:   55/201809   TC 670   3/18/2022   $100.00   DPC: 02
          REMARKS: split ck#1202 $1,000.00 for 843 claims

---

ACTION DATE: 03/21/2022                         CREATE ID: 27976614

Systemic History: MODULE(S) UPDATED - ICS

REMITTANCE SECURED:   55/201812   TC 670   3/18/2022   $100.00   DPC: 02
          REMARKS: split ck#1202 $1,000.00 for 843 claims

---

ACTION DATE: 03/21/2022                         CREATE ID: 27976614

Systemic History: MODULE(S) UPDATED - ICS

REMITTANCE SECURED:   55/201903   TC 670   3/18/2022   $100.00   DPC: 02
          REMARKS: split ck#1202 $1,000.00 for 843 claims

---

ACTION DATE: 03/21/2022   SYSTEM DATE: 03/21/2022   CONTACT: OTHER   CREATE ID: 27976614

GENERAL HISTORY

ADVISOR K. CONRAD                                    **EXHIBIT B**
                                                     **PETER YOON V. UNITED STATES**

Tuesday, April 11, 2023, 1:33 pm

```
REQUESTOR: 2797-6614
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: PETER YOON & KYUNG SIL KIM                TIN: REDACTED L.R. 5.2-1

ADVISOR K. CONRAD

CREATED PDF FILE FOR 3RD PARTY STATEMENT RE: TP BUSINESS INVOLVEMENT.

---

ACTION DATE: 04/14/2022   SYSTEM DATE: 04/14/2022   CONTACT: OTHER   CREATE ID: 27092512

GENERAL HISTORY

IDRS showing ending TC670 in the amount of $593.54. The payment should close the balance due and update the module to ST12. RO will monitor IDRS for the payment to post.

Next action
-Monitor ICS for 2016 to post
-Monitor 30/201512 for pending payment to post

---

ACTION DATE: 04/16/2022                          CREATE ID: 00000000

Systemic History: MODULE(S) CLOSED - IDRS

BAL DUE - 30/201512

---

ACTION DATE: 04/18/2022   SYSTEM DATE: 04/18/2022   CONTACT: OTHER   CREATE ID: 27976614

GENERAL HISTORY

ADVISOR K. CONRAD

BAKERFIELD OWL INC. REDACTED L.R. 5.2-1
PROCESSABILITY STATUS AS OF 03/30/2022
AX PERIOD   843 CLAIM RECEIVED?   PAYMENT RECEIVED?
5-201612  YES   $100.00
5-201703  YES   04/15/2021 $16,745.00   2020 10/25/2021 $25.01        2014
5-201706  YES   $100.00   04/05/2022
5-201709  YES   $100.00   04/05/2022
5-201712  YES   $100.00   04/05/2022

FRESNO OWL INC. REDACTED L.R. 5.2-1
5-201612  YES 03-30-2022   $100.00
5-201706  YES 03-30-2022   $100.00
5-201709  YES 03-30-2022   $100.00
5-201712  YES 03-30-2022   $100.00
5-201803  YES   $100.00
5-201806  YES   $100.00
5-201809  YES   $100.00
5-201812  YES   $100.00
5-201903  YES   $100.00