1  DANIEL W. LAYTON (SBN 240763)
   DWL Tax Law
2  17702 Irvine Blvd., Ste. 200
3  Tustin, CA 92780
   Telephone: (949) 301-9829
4  Fax: (949) 264-8645
   Email: dwl@taxattorneyoc.com
5  Attorney for Plaintiff Peter Yoon

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER YOON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 2:25-cv-01325-RGK-JC<br><br>**Proof of Service** |

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17702 Irvine Blvd., Ste. 200, Tustin, California 92780.

     On February 20, 2025 I served the following documents:

1. Summons and Complaint for Refund of Internal Revenue Taxes; Demand for Jury Trial;
2. Certification and Notice of Interested Parties;
3. Civil Cover Sheet;
4. Notice of Assignment to United States Judges;

1

5. Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; and

6. Standing Order Regarding Newly Assigned Cases

On the interested parties in this action by placing the true copies of the original thereof enclosed in a sealed envelope addressed as follows:

United States of America  *Via Certified Mail*
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

United States Attorney's Office  *Via Certified Mail*
Civil Process Clerk
Central District of California
300 North Los Angeles Street
Suite 7516
Los Angeles, CA 90012

I placed such envelopes with postages thereon fully paid in the United States mail at Fullerton, California.

Executed on February 25, 2025 at Fullerton, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Melissa Kew

