BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax Section
NITHYA SENRA (Cal. Bar No. 291803)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5810
    Facsimile: (213) 894-0115
    E-mail: Nithya.Senra@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER YOON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:25-cv-01325-RGK-JC<br><br>Stipulation to Extend Time to Respond By Not More than 30 Days (L.R. 8-3)<br><br>Complaint Served:    February 20, 2025<br>Current Response Date:  April 21, 2025<br>New Response Date:    May 21, 2025<br><br>Hon. R. Gary Klausner |

    Plaintiff Peter Yoon, and defendant United States of America (United States) stipulate pursuant to Local Rule 8-3 that:

    1.    Plaintiff filed his complaint on February 16, 2025.

    2.    Plaintiff served the summons and complaint on the United States Attorney's Office for the Central District of California on February 20, 2025.

    3.    The United States' response to the complaint is therefore currently due on April 21, 2025.

4. Pursuant to Local Rule 8-3, the United States and Peter Yoon hereby stipulate that the United States shall have an additional 30 days to file a response to the complaint. Accordingly, the United States' response is now due by May 21, 2025.

Dated: April 11, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax Section

/s/ Nithya Senra
NITHYA SENRA
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

Dated: April 4, 2025

/s/ Daniel W. Layton
DANIEL W. LAYTON (SBN 240763)
DWL Tax Law
17702 Irvine Blvd., Ste. 200
Tustin, CA 92780
Telephone: (949) 301-9829
Fax: (949) 264-8645
Email: dwl@taxattorneyoc.com

Attorney for Plaintiff Peter Yoon

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Daniel W. Layton on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

Dated: 4/11/2025

/s/ Nithya Senra
NITHYA SENRA
Assistant United States Attorney